IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 05-437 (RBK) |
| CARLOS ROSARIO, | : | __ORDER__ |
| Defendant. | : | |

THIS MATTER having come before the Court upon motion by Defendant Carlos Rosario to suppress evidence seized by New Jersey State Troopers during a traffic stop of Defendant; and the Court having considered the motion papers and the Government's opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Defendant's motion to suppress is **DENIED**.

DATE: March 26, 2007            s/ Robert B. Kugler
                                ROBERT B. KUGLER
                                U.S. DISTRICT JUDGE